

THE CITY OF NEW YORK

# LAW DEPARTMENT

**ZACHARY W. CARTER**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

**Susan P. Scharfstein**
*Special Federal Litigation Division*
*212-356-2355*
*Facsimile: (212) 356-3509*
*sscharfs@law.nyc.gov*

January 7, 2019

Honorable Cheryl L. Pollak *(by ECF)*
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  <u>Daly v. City of New York, et al.</u>, 18 CV 1050 (MKB) (CLP)

Dear Magistrate Judge Pollak:

      I am an attorney in the office of Zachary W. Carter, Corporation Counsel of the City of New York, counsel for defendants John Sikora, Ryan Lynch, Damon Martin, Michael Lipetri, and Michael Doyle in the above-referenced action alleging violations of plaintiff's civil rights.

      I write to advise the Court that the parties have agreed to settle this action. Accordingly, we will submit a stipulation and order of dismissal to be "So Ordered" by the Court once the settlement papers have been executed by the parties. We thank the Court for its time and thorough consideration of the issues at the settlement conference held on December 3, 2018.

      In light of the above, the parties ask that all further proceedings in this matter be adjourned <u>sine die</u>, including the conference that has been set for January 16, 2019.

      Thank you for your consideration herein.

Respectfully submitted,

/s/

Susan P. Scharfstein

cc:    Amy Rameau, Esq. *(by ECF)*