UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

JOEL DALY,

                            Plaintiff,

        -against-

JOHN SIKORA, et al.,

                            Defendants.
--------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

18 CV 1050 (MKB) (CLP)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.      The above-referenced action is hereby dismissed with prejudice; and

        2.      The claims against defendants John Sikora, Ryan Lynch, Damon Martin, Michael Lipetri, and Michael Doyle are dismissed with prejudice; and

3. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
January __, 2019

| | |
|---|---|
| THE RAMEAU LAW FIRM<br>*Attorneys for Plaintiff*<br>16 Court Street, Suite 2504<br>Brooklyn, NY 11241<br><br>By: _____<br>Amy Rameau | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants John Sikora, Ryan Lynch, Damon Martin, Michael Lipetri, and Michael Doyle*<br>100 Church Street<br>New York, New York 10007<br><br>By: _____<br>Susan P. Scharfstein |

SO ORDERED:
s/ MKB 1/9/2019

_____
MARGO K. BRODIE
United States District Judge

2